IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br>    Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

**LEGGETT & PLATT, INCORPORATED'S MOTION TO
VACATE JURY VERDICT, ORDERS AND JUDGMENT**

In view of the decision of the Federal Circuit dated February 21, 2008 holding that claim 32 of U.S. Patent No. 6,834,603 ("the '603 patent") "is invalid due to the on-sale bar of section 102(b),"[1] and issuance of the mandate of the Federal Circuit on April 7, 2008, defendant Leggett & Platt, Incorporated ("L&P") moves the Court for an order:

  1) Vacating the Verdict entered March 22, 2007(Doc. No. 260);

  2) Vacating the Order entered June 20, 2007 (Doc. No. 271);

  3) vacating the Findings of Fact, Conclusions of Law, and Order

---

[1] *Atlanta Attachment Co. v. Leggett & Platt, Inc.*, Appeal No. 2007-1188, 2008 U.S. App. LEXIS 3651, *15 (Fed. Cir. Feb. 21, 2008).

1

   Concerning Attorneys' Fees and Costs entered October 19, 2007 (Doc. No. 305);

4) Vacating the Order entered November 2, 2007 (Doc. No. 308); and

5) Vacating the Judgment entered November 2, 2007 (Doc. No. 309).

This motion is supported by the accompanying memorandum of law and exhibits thereto. A proposed order is submitted herewith.

  WHEREFORE, defendant Leggett & Platt, Incorporated respectfully requests that its Motion be granted.

  Submitted this 9th day of April, 2008.

           /s/ Theodore R. Remaklus
          Theodore R. Remaklus
          Admitted *pro hac vice* on May 13, 2005
          E-mail:  tremaklus@whepatent.com
          WOOD, HERRON & EVANS, L.L.P.
          2700 Carew Tower
          441 Vine Street
          Cincinnati, Ohio 45202-2917
          Telephone:  (513) 241-2324
          Facsimile:    (513) 421-7269

        Donald R. Andersen
        Georgia Bar No. 016125
        E-mail:  dandersen@stites.com
        STITES & HARBISON, PLLC
        303 Peachtree Street, N.E.
        2800 SunTrust Plaza
        Atlanta, Georgia 30308
        Telephone:  (404) 739-8800
        Facsimile:   (404) 739-8870

        Chilton D. Varner
        Georgia Bar No. 725450
        E-mail:  cvarner@kslaw.com
        KING & SPALDING
        1180 Peachtree Street, NE
        Atlanta, Georgia 30309
        Telephone:  (404) 572-4600
        Facsimile:   (404) 572-5100

        ATTORNEYS FOR DEFENDANT
        Leggett & Platt Incorporated

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br>             Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br>             Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

## **CERTIFICATE OF COMPLIANCE**

I, Theodore R. Remaklus, certify that the above and foregoing has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

**WOOD, HERRON & EVANS, L.L.P.**      /s/ Theodore R. Remaklus
2700 Carew Tower                                       Theodore R. Remaklus
441 Vine Street
Cincinnati, Ohio 45202                                ATTORNEY FOR DEFENDANT
Telephone: 513/241-2324
Facsimile: 513/421-7269
E-mail: tremaklus@whepatent.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

## **CERTIFICATE OF SERVICE**

I, Theodore R. Remaklus, certify that a true and correct copy of the foregoing was served on the following counsel for Plaintiff via electronic notification:

>Douglas D. Salyers
>Jeffrey C. Morgan
>Trenton A. Ward
>TROUTMAN SANDERS LLP
>600 Peachtree Street, NE, Suite 5200
>Atlanta, GA 30308-2216

This 9th day of April, 2008.

                                                  /s/ Theodore R. Remaklus
                                                Theodore R. Remaklus

                                                ATTORNEY FOR DEFENDANT