UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LEGGETT & PLATT, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action File No:<br>)<br>)    1:05-cv-01071-ODE<br>)<br>)<br>)<br>)<br>)<br>) |

**ATLANTA ATTACHMENT COMPANY'S**
**RESPONSE TO LEGGETT & PLATT INC.'S MOTION**
**TO VACATE JURY VERDICT, ORDERS, AND JUDGMENT**

Atlanta Attachment Company ("AAC") hereby responds to Leggett & Platt, Inc.'s ("L&P") Motion to Vacate Jury Verdict, Order, and Judgment ("Motion to Vacate").

Subject to, and without waiving its right to appeal the orders and Judgment of this Court and/or the Federal Circuit, and without waiving but explicitly preserving all rights and arguments related thereto, and without waiving but explicitly preserving the right to later seek reinstatement of the orders and

judgments addressed in L&P's Motion to Vacate, AAC does not oppose L&P's Motion to Vacate at this time, except for two points.

First, L&P's Motion to Vacate seeks an order vacating, among other orders, the Court's June 20, 2007 Order (Dkt. 271). That Order, in addition to granting AAC's motion for finding of an exceptional case as it related to United States Patent No. 6,834,603 ("the '603 Patent"), also denied L&P's motion for finding of an exceptional case with respect to United States Patent No. 6,574,815 ("the '815 Patent"). The Federal Circuit has not issued any orders or judgment concerning the '815 Patent. There is, therefore, no basis to vacate any portion of the Court's June 20, 2007 Order that denies L&P's motion for finding of an exceptional case as it relates to the '815 Patent. The Court's denial of L&P's motion for exceptional case on the '815 Patent therefore should not be disturbed.

Similarly, the Court's October 18, 2007 Findings of Fact and Conclusions of Law (Dkt. 305) concerned issues relating both to the '603 Patent and the '815 Patent, and specifically included the Court's denial of L&P's motion for costs with respect to the '815 Patent. For the same reasons stated above, the Court should not vacate or otherwise disturb the portion of the October 18, 2007 Findings of Fact and Conclusions of Law that denied L&P's motion relating to the '815 Patent.

WHEREFORE, AAC respectfully requests that this Court deny L&P's Motion to Vacate to the extent it seeks to vacate those portions of the Orders set forth above.

Respectfully submitted, this 25th day of April, 2008.

                                      TROUTMAN SANDERS LLP

                                      /s/ *Jeffrey C. Morgan*
                                      Douglas D. Salyers
                                      Georgia Bar No. 623425
                                      Jeffrey C. Morgan
                                      Georgia Bar No. 522667
                                      Bank of America Plaza, Suite 5200
                                      600 Peachtree Street, N.E.
                                      Atlanta, Georgia 30308
                                      Tel. (404) 885-3000
                                      Fax. (404) 885-3900
                                      doug.salyers@troutmansanders.com
                                      jeffrey.morgan@troutmansanders.com

                                      ATTORNEYS FOR PLAINTIFF
                                      ATLANTA ATTACHMENT CO.

## **FONT CERTIFICATION**

I hereby certify that this document is presented in Times New Roman 14.

                                      /s/ *Jeffrey C. Morgan*
                                      Jeffrey C. Morgan

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INC.<br><br>    Defendant. | Civil Action File No:<br><br>1:05-cv-01071-ODE |

## CERTIFICATE OF SERVICE

I have this day caused the foregoing **ATLANTA ATTACHMENT COMPANY'S RESPONSE TO LEGGETT & PLATT INC.'S MOTION TO VACATE JURY VERDICT, ORDERS, AND JUDGMENT** to be served upon counsel for the parties by the Court's CM/ECF system, which will automatically deliver copies to:

 Donald R. Andersen      Theodore R. Remaklus
 STITES & HARBISON, PLLC  WOOD, HERRON & EVANS, LLP
 303 Peachtree Street, N.E.    2700 Carew Tower
 2800 SunTrust Plaza      441 Vine Street
 Atlanta, Georgia  30308     Cincinnati, Ohio  45202-2917

This 25th day of April, 2008.

                /s/ *Jeffrey C. Morgan*
                Jeffrey C. Morgan
                Georgia Bar No.  522667