IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br><br>                Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Atlanta Attachment Company ("AAC") and Defendant Leggett & Platt, Incorporated ("L&P") jointly move the Court for an Order dismissing this action with prejudice, including AAC's Complaint herein pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and the Counterclaims of L&P's Answer, Affirmative Defenses and Counterclaims herein pursuant to Rule 41(c) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys fees.

WHEREFORE, the parties jointly request that the Court grant the motion. A proposed Order is submitted herewith.

Respectfully submitted this 5th day of August, 2008.

| ATLANTA ATTACHMENT COMPANY | LEGGETT & PLATT, INCORPORATED |
|---|---|
| By its attorneys: | By its attorneys: |
| /s/ Jeffrey C. Morgan<br>Douglas D. Salyers<br>Georgia Bar No. 623425<br>Jeffrey C. Morgan<br>Georgia Bar No. 522667<br>TROUTMAN SANDERS LLP<br>5200 Bank of America Plaza<br>600 Peachtree Street, NE<br>Atlanta, GA 30308-2216<br>Tel: (404) 885-3000<br>Fax: (404) 885-3900<br>Email:<br>Douglas.salyers@troutmansanders.com<br>Jeffrey.morgan@troutmansanders.com | /s/ Donald R. Andersen<br>Donald R. Andersen<br>Georgia Bar No. 016125<br>E-mail: dandersen@stites.com<br>STITES & HARBISON, PLLC<br>2800 SunTrust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, Georgia 30308<br>Tel: (404) 739-8800<br>Fax: (404) 739-8870<br><br>Theodore R. Remaklus<br>Admitted *pro hac vice* May 13, 2005<br>E-mail: tremaklus@whepatent.com<br>WOOD, HERRON & EVANS, LLP<br>2700 Carew tower<br>441 Vine Street<br>Cincinnati, OH 45202-2917<br>Tel: (513) 241-2324<br>Fax: (513) 421-7269<br><br>Chilton D. Varner<br>Georgia Bar No. 725450<br>E-mail: cvarner@kslaw.com<br>KING & SPALDING<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>Tel: (404) 572-4600<br>Fax: (404) 572-5100 |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br>             Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

**CERTIFICATE OF COMPLIANCE**

I, Donald R. Andersen, certify that the above and foregoing has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

STITES & HARBISON, PLLC
2800 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: 404.739.8800
Facsimile: 404.739.8870
dandersen@stites.com

/s/ Donald R. Andersen
Donald R. Andersen

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA ATTACHMENT COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>LEGGETT & PLATT, INCORPORATED,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:05-CV-1071-ODE |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Douglas D. Salyers, Esq.
>Douglas.salyers@troutmansanders.com
>Jeffrey C. Morgan, Esq.
>Jeffrey.morgan@troutmansanders.com
>Troutman Sanders LLP
>600 Peachtree Street, NE, Suite 5200
>Atlanta, GA 30308-2216

This 5th day of August, 2008.

                                              /s/ Donald R. Andersen
                                              Donald R. Andersen

                                              ATTORNEY FOR DEFENDANT